**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEKENDRA FOUNTAIN,<br><br>        Plaintiff,<br><br>vs.<br><br>PULL-A-PART OF BATON ROUGE, LLC,<br>and LUKE LAFLUER,<br><br>        Defendants. | Case No.: 3:26-cv-00590<br><br>**<u>NOTICE OF APPEARANCE</u>** |

    **NOTICE IS HEREBY GIVEN** that David Moyer of the Law Offices of David S. Moyer enters his appearance as counsel for Plaintiff Dekendra Fountain in the above captioned matter. All pleadings, papers, and correspondence in this matter should be served upon undersigned counsel.

Dated: June 1, 2026

    Respectfully submitted,

    <u>*/s/ David S. Moyer*</u>
    David S. Moyer
    **LAW OFFICES OF DAVID S. MOYER**
    13551 River Road
    Luling, LA 70070
    T: (985) 308-1509
    F: (985) 308-1521
    E: davidmoyerlaw@gmail.com

    *Attorneys for Plaintiff*
    *Dekendra Fountain*