**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**DEKENDRA FOUNTAIN**                                                       **CIVIL ACTION**

**VERSUS**                                                                        **NO. 26-590-BAJ-EWD**

**PULL-A-PART OF BATON**
**ROUGE, LLC, ET AL.**

## DEFICIENCY NOTICE AND ORDER

On June 7, 2026, a Complaint with Demand for Jury Trial[1] was filed on behalf of Dekendra Fountain ("Plaintiff") by attorney Emanuel Kataev ("Kataev") of Sage Legal LLC. However, Kataev is not admitted to practice before this Court.[2]  Kataev also did not seek admission to represent Plaintiff *pro hac vice* in this case, nor is local counsel enrolled, both as required under Local Civil Rule 83(b)(8).[3]  The Complaint was, therefore, deficiently filed. Accordingly,

**IT IS ORDERED** that, by no later than **June 18, 2026,** Emanuel Kataev is required to cure the deficiency outlined above.

**IT IS FURTHER ORDERED** that counsel's failure to comply with this Deficiency Notice and Order may result in the dismissal of this proceeding without prejudice and without further notice.

Signed in Baton Rouge, Louisiana, June 8, 2026.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Doc. 1.

[2] Kataev is required to either become a member of the bar of this Court or seek *pro hac vice* admission and enroll local counsel in every case filed in this Court in which Kataev seeks to represent a party.

[3] https://www.lamd.uscourts.gov/sites/default/files/pdf/2022%20Local%20Rules%20Revisions%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.pdf