**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEKENDRA FOUNTAIN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PULL-A-PART OF BATON ROUGE, LLC,<br>and LUKE LAFLUER,<br><br>                    Defendants. | Case No.: 3:26-cv-590 (BAJ) (EWD) |

**DECLARATION OF EMANUEL KATAEV, ESQ. AND OATH**

Pursuant to LR 83(b)(8) and 28 U.S.C. § 1746, I, Emanuel Kataev, do hereby declare, under penalty of perjury, that the below is true and correct:

1.      I am an attorney in the law firm Sage Legal LLC, 18211 Jamaica Avenue, Jamaica, NY, 11423-2327 and have been duly licensed to practice law since 2013.

2.      I am admitted to practice law in a number of courts including courts in the State New York.

3.      I consent to be subject to the jurisdiction and rules of the Middle District of Louisiana governing professional conduct.

4.      I DO SOLEMNLY AFFIRM that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

5.       There are no disciplinary proceedings or criminal charges instituted against me.

Dated: Great Neck, New York
        June 18, 2026

*/s/ Emanuel Kataev, Esq.*