**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

DEKENDRA FOUNTAIN,

               Plaintiff,

    vs.

PULL-A-PART OF BATON ROUGE, LLC,
and LUKE LAFLUER,

              Defendants.

Case No.: 3:26-cv-590 (BAJ) (EWD)

**ORDER GRANTING MOTION TO PERMIT NON-RESIDENT ATTORNEY TO PARTICIPATE *PRO HAC VICE***

Considering the foregoing Motion to Permit Non-Resident Attorney to Participate *pro hac vice* filed by Plaintiff:

IT IS HEREBY ORDERED and GRANTED that Emanuel Kataev, Esq. is hereby admitted *pro hac vice* as co-counsel for Plaintiff in the above captioned and numbered cause.

DATED this _____ day of June 2026.

_____

HONORABLE _____

UNITED STATES _____ JUDGE