7020 0640 0001 4750 5821

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

DOWNTOWN STATION
JUL 2[illegible] 2026
BATON ROUGE, LA 70801

20-CV-560

Sent To
David Moyer

Street and Apt. No., or PO Box No.
13551 River Rd.

City, State, ZIP+4®
Luling LA 70070

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 0640 0001 4750 5814

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

DOWNTOWN STATION
JUL 23 2026
BATON ROUGE, LA. 70801

26-590

*Sent To* Emanuel Kataev

*Street and Apt. No., or PO Box No.* 18211 Jamaica Ave.

*City, State, ZIP+4®* Jamaica NY 114232327

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions