UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEKENDRA FOUNTAIN | ) | Case No. 26-590-BAJ-WED |
| | ) | |
| Versus | ) | |
| | ) | |
| PULL-A-PART OF BATON ROUGE, LLC, ET AL. | ) | |

**MOTION TO ENROLL AS COUNSEL OF RECORD NUNC PRO TUNC AND REQUEST NOTICE**

NOW INTO COURT, comes undersigned counsel, David S. Moyer, of David S. Moyer, LLC and respectfully requests this Court to enter an Order enrolling David S. Moyer of David S. Moyer, LLC as counsel of record for Plaintiff nunc pro tunc herein, DEKENDRA FOUNTAIN and requests that he be provided notice of all pleadings, hearings, orders or other matters related to the above captioned matter.

Respectfully submitted,

s/ David S. Moyer
David S. Moyer, LLC
David S. Moyer (28166)
13551 River Road
Luling, LA 70070
985-308-1509
985-308-1521 (Fax)
504-858-1139 (Cell)
davidmoyerlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing be served upon all counsel of record via the ECF/Pacer system on this 5th day of August, 2026.

s/ David S. Moyer