**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

DEKENDRA FOUNTAIN,

Plaintiff,

vs.

PULL-A-PART OF BATON ROUGE, LLC, and LUKE LAFLUER,

Defendants.

Case No.: 3:26-cv-590 (BAJ) (EWD)

**MOTION TO PERMIT VISITING ATTORNEY TO PARTICIPATE *PRO HAC VICE***

David S. Moyer, Esq. ("Moyer"), an attorney and local counsel for Plaintiff, hereby moves this Honourable Court, pursuant to L.R. 83(b)(8), to enter an Order admitting Emanuel Kataev, Esq. ("Kataev") to appear *pro hac vice* and participate as co-counsel in this action, stating as follows:

Moyer shows that Kataev is a member in good standing in the State of New York. Kataev practices with the firm Sage Legal LLC; 18211 Jamaica Avenue, Jamaica, NY, 11423-2327, Telephone: (718) 412-2421; Facsimile: (718) 489-4155; emanuel@sagelegal.nyc.

WHEREFORE, the undersigned respectfully requests an Order of this Court allowing the admission of Kataev *pro hac vice* in the above-referenced action as co-counsel for Plaintiff, and for the purpose of participating in this matter.

Dated: Luling, Louisiana
June 18, 2026

*/s/ David S. Moyer*
David S. Moyer
**LAW OFFICES OF DAVID S. MOYER**
13551 River Road
Luling, LA 70070
T: (985) 308-1509
F: (985) 308-1521
E: davidmoyerlaw@gmail.com