RECEIVED
AUG 20 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**DEKENDRA FOUNTAIN** | **CIVIL ACTION**

**VERSUS** | **NO. 26-590-BAJ-EWD**

**PULL-A-PART OF BATON ROUGE, LLC, ET AL.**

**ORDER TO SHOW CAUSE**

On June 7, 2026, a Complaint with Demand for Jury Trial ("Complaint")[1] was filed on behalf of Dekendra Fountain ("Plaintiff") by attorney Emanuel Kataev ("Kataev") of Sage Legal LLC. However, Kataev is not admitted to practice before this Court in this case.[2] Kataev also did not seek admission to represent Plaintiff *pro hac vice* in this case, nor is local counsel enrolled, both as required under Local Civil Rule 83(b)(8).[3] The Complaint was, therefore, deficiently filed. On June 8, 2026, Kataev was ordered to correct the deficiency by no later than June 18, 2026. Kataev was warned that failure to comply with this Deficiency Notice and Order may result in the dismissal of this proceeding without prejudice and without further notice.[4]

On June 18, 2026, Kataev electronically filed a Motion to Permit Visiting Attorney to Participate Pro Hac Vice ("PHV Motion"), which was signed by local attorney David Moyer.[5] The PHV Motion was deficient on several grounds, and therefore denied. As explained in the Court's June 30, 2026 Order, under Local Civil Rule 83(b)(8)(A), an attorney who is not a member of the bar of this Court may appear *pro hac vice* only upon the written motion of counsel of record who

---

[1] R. Doc. 1.

[2] Kataev is required to either become a member of the bar of this Court or seek *pro hac vice* admission and enroll local counsel in every case filed in this Court in which Kataev seeks to represent a party.

[3] https://www.lamd.uscourts.gov/sites/default/files/pdf/2022%20Local%20Rules%20Revisions%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.pdf

[4] R. Doc. 3.

[5] R. Doc. 4.

David Moyer
13551 River Road
Luling, Louisiana, 70070

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

7020 0640 0001 4750 5821

BATON ROUGE LA 707
24 JUL 2026 AM 3 L

Hasler
07/23/2026
US POSTAGE
FIRST-CLASS MAIL
$11.27⁰
ZIP 70801
011D11646286

SCREENED
BY
U.S. MARSHAL

RF
Att
09/27/2026
B.C.
BC

NIXIE 708 FE 1 0008/19/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 70801176699 *1865-03412-24-18

70801>1766
70070-42615