**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEKENDRA FOUNTAIN,<br><br>Plaintiff,<br><br>vs.<br><br>PULL-A-PART OF BATON ROUGE, LLC, and LUKE LAFLUER,<br><br>Defendants. | Case No.: 3:26-cv-00590<br><br>**SUMMONS RETURNED EXECUTED** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Dekendra Fountain has served upon Defendant Pull-A-Part of Baton Rouge, LLC copies of the following documents:

1. Issued Summons
2. Complaint
3. Civil Cover Sheet
4. Motion to Permit Visiting Attorney to Participate Pro Hac Vice
5. Notice of Appearance

Attached hereto is a copy of the Proof of Service

Dated: Flushing, New York
October 13, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*By: /s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
*Pro hac vice motion forthcoming*
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)

(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Dekendra Fountain*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

DEKENDRA FOUNTAIN

*Plaintiff(s)*

v.

PULL-A-PART OF BATON ROUGE, LLC,
and LUKE LAFLUER,

*Defendant(s)*

Civil Action No. 3:26-cv-00590-BAJ-EWD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PULL-A-PART OF BATON ROUGE, LLC
8056 Greenwell Springs Rd,
Baton Rouge, LA 70814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, New York 11423-2327
emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ MIDDLE DISTRICT OF LOUISIANA ★

*CLERK OF COURT*

Date: October 07, 2026

Erika L. Williams

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-00590

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* PULL-A-PART OF BATON ROUGE, LLC was received by me on *(date)* ____________________.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PULL-A-PART OF BATON ROUGE, LLC , who is designated by law to accept service of process on behalf of *(name of organization)* PULL-A-PART OF BATON ROUGE, LLC on *(date)* Mon, Oct 12 2026 ; or

☐ I returned the summons unexecuted because: ____________________; or

☐ Other: ____________________; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 10.12.2026

Fred Conner

*Server's signature*

Fred Conner

*Printed name and title*

____________________

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 12, 2026, 10:55 am EDT at 8056 Greenwell Springs Rd, Baton Rouge, LA 70814 received by PULL-A-PART OF BATON ROUGE, LLC.
RECIPIENT: PULL-A-PART (Korsika Theriot: Customer Relations)
DATE/TIME: 12OCT2026/10:55am
LOCATION: 8056 Greenwell Springs Rd, Baton Rouge, LA 70814
TYPE: CORPORATE/BUSINESS Service
DESCRIPTION: 30y/o, female, black, 5'3", 165lbs, hair: black, glasses: