AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

DEKENDRA FOUNTAIN

*Plaintiff(s)*

v.

PULL-A-PART OF BATON ROUGE, LLC, and LUKE LAFLUER,

*Defendant(s)*

Civil Action No. 3:26-cv-00590 -BAJ-EWD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LUKE LAFLUER
8056 Greenwell Springs Rd,
Baton Rouge, LA 70814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, New York 11423-2327
emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 07, 2026

Erika L. Williams

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-00590

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* LUKE LAFLUER was received by me on *(date)* ____________________.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________________ ; or

☒ I returned the summons unexecuted because: Mr. Lafluer reached out to them with this information after leaving a message for call back. Mr. LaFleur is stating that he no longer lives in Louisiana and now lives in Texas. Mr. LaFleur confirmed that he worked at Pull-A-Part years ago, so at least we know we found the correct phone number. He also stated that he suffered from a stroke. ; or

☐ Other: Mr. Lafluer reached out to them with this information after leaving a message for call back. Mr. LaFleur is stating that he no longer lives in Louisiana and now lives in Texas. Mr. LaFleur confirmed that he worked at Pull-A-Part years ago, so at least we know we found the correct phone number. He also stated that he suffered from a stroke. ; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 10.22.2026

Frederick Conner

*Server's signature*

Frederick Conner

*Printed name and title*

____________________

*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Oct 12, 2026, 10:55 am EDT at 8056 Greenwell Springs Rd, Baton Rouge, LA 70814
Luke Lafluer is no longer employed with Pull-A-Part

2) Unsuccessful Attempt: Oct 14, 2026, 10:30 am EDT at 153 Prairiedale Avenue, Ville Platte, LA 70586
No answer at door

3) Unsuccessful Attempt: Oct 16, 2026, 4:31 am EDT at 153 Prairiedale Avenue, Ville Platte, LA 70586
No answer at door

4) Unsuccessful Attempt: Oct 21, 2026, 1:37 pm EDT at 153 Prairiedale Avenue, Ville Platte, LA 70586