IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEKENDRA FOUNTAIN,<br><br>PLAINTIFF,<br><br>v.<br><br>PULL-A-PART OF BATON ROUGE, LLC, and LUKE LAFLUER,<br><br>DEFENDANTS. | ) | Case No. 3:26-cv-00590-BAJ-EWD |

**<u>DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING</u>**

Defendants Pull-A-Part of Baton Rouge, LLC ("Pull-A-Part") and Luke Lafluer (collectively, "Defendants"), by counsel, respectfully move this Court, ex parte and pursuant to Local Civil Rule 7(a) of the United States District Court for the Middle District of Louisiana, for a twenty-one (21) day extension of time within which to file their responsive pleading to Plaintiff's Complaint, and in support thereof state as follows:

1. On May 29, 2026, Plaintiff Dekendra Fountain filed a Complaint with Demand for Jury Trial in this Court, asserting the following claims against Defendants: (1) Family and Medical Leave Act ("FMLA") Interference; (2) FMLA Retaliation; (3) discrimination under the Louisiana Employment Discrimination Law ("LEDL"); and (4) retaliation under the LEDL. (ECF No. 1).

2. On October 7, 2026, a summons was issued as to all Defendants. (ECF No. 18).

3. On October 13, 2026, Defendant Pull-a-Part was served with the Summons and Complaint, making the current deadline to file a responsive pleading on Monday, November 2, 2026.

4. This motion is filed before the expiration of the time to respond.

5. Local Civil Rule 7(a) provides that "[u]pon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, then on an ex parte motion and order, the Court will allow one extension for a period of twenty-one days from the time the pleading would otherwise be due."

6. Defendants hereby certify that there has been no previous extension of time to plead in this matter, and Plaintiff has not filed in the record an objection to an extension of time. Accordingly, Defendants are entitled to one automatic 21-day extension under Local Civil Rule 7(a).

7. Defendants respectfully request that the Court enter the attached ex parte Order extending the time within which Defendants must file their responsive pleading by twenty-one (21) days, up to and including November 23, 2026.

WHEREFORE, Defendants Pull-A-Part of Baton Rouge, LLC and Luke Lafluer, having certified that there has been no previous extension of time to plead and that Plaintiff has not filed an objection to an extension of time in the record, respectfully request that this Honorable Court grant this Ex Parte Motion and enter the attached Order extending the time within which Defendants must file their responsive pleading by twenty-one (21) days, up to and including November 23, 2026.

Respectfully submitted,

By: */s/ Tiffany Downs*

Tiffany Downs (La. Bar No. 23031)
3340 Peachtree Rd NE, Suite 2900
Atlanta, GA 30326
Phone: (404) 550-5125
Email: tiffany.downs@btlaw.com

*Attorney for Defendants Pull-A-Part Baton Rouge, LLC and Luke Lafleur*

**CERTIFICATE OF SERVICE**

On this 2nd day of November, 2026, a copy of the foregoing was electronically filed with Clerk of the Court using the CM/ECF system, which will send notice of such filing to counsel for all parties of record.

*/s/ Tiffany Downs*
Tiffany Downs