IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEKENDRA FOUNTAIN,<br><br>PLAINTIFF,<br><br>v.<br><br>PULL-A-PART OF BATON ROUGE, LLC,<br>and LUKE LAFLUER,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cv-00590-BAJ-EWD |

**ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Considering the foregoing Ex Parte Motion for Extension of Time to File Responsive Pleading filed by Defendants Pull-a-Part of Baton Rouge, LLC and Luke Lafluer, pursuant to Local Civil Rule 7(a), and the certification that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time:

**IT IS HEREBY ORDRED** that Defendants' Motion for Extension of Time is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Pull-a-Part of Baton Rouge, LLC and Luke Lafluer shall have up to and including November 23, 2026 (twenty-one (21) days from the original deadline), within which to file their responsive pleading to Plaintiff's Complaint.

Dated this ____ day of ________________________, 2026.

______________________________________
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Tiffany Downs*
Tiffany Downs (La. Bar No. 23031)
3340 Peachtree Rd NE, Suite 2900
Atlanta, GA 30326
Phone: (404) 550-5125
Email: tiffany.downs@btlaw.com