IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEKENDRA FOUNTAIN,<br><br>PLAINTIFF,<br>v.<br><br>PULL-A-PART OF BATON ROUGE, LLC, and LUKE LAFLUER,<br><br>DEFENDANTS. | ) | Case No. 3:26-cv-00590-BAJ-EWD |

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Middle District of Louisiana Local Civil Rule 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Pull-A-Part of Baton Rouge, LLC ("Pull-A-Part") and Luke Lafluer (collectively, "Defendants"), by counsel, provide the following information:

1. **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

   Parent corporation: Pull-A-Part, LLC.

2. **A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

   Dekendra Fountain, *Plaintiff*

   Pull-a-Part of Baton Rouge, LLC, *Defendant*

   Luke Lafluer, *Defendant*

Respectfully submitted,

By: */s/ Tiffany Downs*
Tiffany Downs (La. Bar No. 23031)
3340 Peachtree Rd NE, Suite 2900
Atlanta, GA 30326
Phone: (404) 550-5125
Email: tiffany.downs@btlaw.com
*Attorney for Defendants Pull-A-Part Baton Rouge, LLC and Luke Lafleur*

**CERTIFICATE OF SERVICE**

On this 4th day of November, 2026, a copy of the foregoing was electronically filed with Clerk of the Court using the CM/ECF system, which will send notice of such filing to counsel for all parties of record.

*/s/ Tiffany Downs*
Tiffany Downs