**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEKENDRA FOUNTAIN,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-cv-00590** |
| | ) | |
| **PULL-A-PART OF BATON ROUGE, LLC, and LUKE LAFLUER,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes Defendants, Pull-A-Part of Baton Rouge, LLC and Luke LaFluer ("Defendants"), who respectfully request that Edward F. Harold and David J. Creighton of Fisher & Phillips LLP be enrolled as counsel of record for Defendants, and that Tiffany Downs and Corey Bartkus of Barnes & Thornburg, LLP be withdrawn as counsel of record. Defendants respectfully aver that this substitution will cause no delay in the litigation of this matter.

Wherefore, Defendants pray this motion be granted.

Respectfully submitted using the CM/ECF system this 20th day of November, 2026.

Respectfully submitted,

*/s/ Edward F. Harold*

**EDWARD F. HAROLD**
Louisiana Bar No. 21672
**DAVID J. CREIGHTON**
Louisiana Bar No. 35461
**FISHER & PHILLIPS LLP**
201 St. Charles Avenue, Suite 3710
New Orleans, Louisiana 70170
Telephone: (504) 522-3303
Facsimile: (504) 529-3850
Email: eharold@fisherphillips.com
dcreighton@fisherphillips.com
**COUNSEL FOR DEFENDANTS**

**BARNES & THORNBURG LLP**

*s/ Tiffany Downs*
Tiffany Downs (La. Bar No. 23031)
3340 Peachtree Road NE, Suite 2900
Atlanta, GA 30326
(404) 550-5125
tiffany.downs@btlaw.com
CBartkus@btlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEKENDRA FOUNTAIN,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-cv-00590** |
| | ) | |
| **PULL-A-PART OF BATON ROUGE, LLC, and LUKE LAFLUER,** | ) | |
| | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

# ORDER

IT IS HEREBY ORDERED that Defendants' Motion is granted; that Tiffany Downs and Corey Bartkus of Barnes & Thornburg, LLP are hereby withdrawn as counsel of record for Defendants; and that Edward F. Harold and David J. Creighton of Fisher & Phillips LLP are hereby enrolled as counsel of record.

Thus done and signed this ____ day of ______________, 2026.

_________________________________

JUDGE